JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ZODIAC POOL SYSTEMS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIANJIN WANGYUAN ENVIRONMENTAL PROTECTION AND TECHNOLOGY CO., LTD. d/b/a WINNY POOL CLEANER and TIANJIN POOL & SPA CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 20-9085-GW-AFMx<br><br>**ORDER RE JOINT STIPULATION FOR ENTRY OF DISMISSAL**<br><br>Complaint Filed:   October 2, 2020<br>Trial Date: TBD<br><br>Judge: Hon. George H. Wu |

[PROPOSED] ORDER RE JOINT STIPULATION AND MOTION FOR ENTRY OF DISMISSAL
CASE NO. 2:20-CV-09085-GW (AFMx)

1      Zodiac Pool Systems LLC ("Plaintiff") and Defendant Tianjin Wangyuan Environmental Protection and Technology Co., Ltd. d/b/a Winny Pool Cleaner and Tianjin Pool & Spa Corporation ("Defendants") filed a Joint Stipulation and Motion for Entry of Dismissal. The Court, having reviewed the Motion and having found good cause, orders:

    The Parties' claims as to all Counts of the Complaint (Dkt. 1) and Counterclaims (Dkt. 24) are dismissed with prejudice subject to the Parties' compliance with the Confidential Settlement Agreement ("CSA") which was filed with the Court under seal and the terms of which are incorporated by reference into this order of dismissal. This Court shall retain jurisdiction over this matter to hear any dispute involving the CSA including any alleged breach or violation of the CSA.

Dated: June 27, 2022

*[signature]*

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER RE JOINT STIPULATION AND MOTION FOR ENTRY OF DISMISSAL
CASE NO. 2:20-CV-09085-GW (AFMx)      - 1 -